**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

    Plaintiff,

  v.

JOHN DOE,

    Defendant.

No. C 12-02392 JSW
No. C 12-02404 SC
No. C 12-02405 SC

**ORDER FINDING CASES NOT RELATED**

The Court has received and considered the *Sua Sponte* Judicial Referral from Judge Conti, suggesting that this case may be related to *AF Holdings, LLC v. John Doe*, Case No. C 12-02404-SC and *AF Holdings, LLC v. John Doe*, Case No. C 12-02405-SC, as well as ten other cases filed by *AF Holdings, LLC*. (*See* Docket No. 11 (Judicial Referral at 2).) At this stage, the Court finds that the cases are not related within the meaning of Northern District Civil Local Rule 3-12(c). If, however, circumstances change based on facts obtained in discovery, the Court will revisit this issue upon motion of the parties or by way of *sua sponte* referrals from the Judges presiding over the various cases.

**IT IS SO ORDERED.**

Dated: June 20, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE